UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
FILE NO.: 7:12-cv-317-H

| | |
|---|---|
| SWARTVILLE, LLC, | ) |
| | ) |
| Appellant, | ) |
| | ) |
| v. | ) |
| | ) |
| TD BANK, N.A., | ) |
| | ) |
| Appellee. | ) |

## ORDER ALLOWING STIPULATION AND AGREEMENT AS TO DISMISSAL OF APPEAL PURSUANT TO BANKRUPTCY RULE 8001(c)(2)

Upon the stipulation and agreement between the parties and for good cause shown, it appears to the Court that the appeal filed in the above-captioned matter on August 31, 2012, should be dismissed.

WHEREFORE, it is hereby ordered that the Stipulation and Agreement as to Dismissal of Appeal Pursuant to Bankruptcy Rule 8001(c)(2) is allowed and that the above-captioned appeal is hereby dismissed.

for CLERK – U.S. DISTRICT COURT